BEL H. GOULD, Appellant, *v.* THE TRAVELERS INSURANCE COMPANY, Respondent.

(Argued January 23, 1936; decided March 3, 1936.)

*Nathan Frankel, Jacob Saul Barshay* and *Nathan A. Rothstein* for appellant.

*Bernard J. McGlinn, William J. Moran* and *Louis P. Galli* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.